# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-2119 |
| DELUXE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Deluxe Corporation, through counsel, hereby notifies this Court of the removal of the above-captioned cause from the Circuit Court for Baltimore County, Maryland, to the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, 28 U.S. C. § 1441, and 28 U.S.C. §1446, and states as follows:

1.  On May 29, 2018, Plaintiff Frederick J. Brennan ("Plaintiff") initiated the above-captioned civil action by filing a Complaint against Deluxe Corporation in the Circuit Court for Baltimore County, Maryland, Case No. 03-C-18-5335. A copy of the Complaint, Case Information Report, Summons, and other related court documents received by or served upon Deluxe Corporation in connection with Plaintiff's claims are attached hereto as Exhibit A.

2.  Deluxe Corporation received service of Summons on June 11, 2018, and has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446 within thirty (30) days of service upon Deluxe Corporation.   (Exhibit A, Summons.)

3.  The state court action is a suit of a wholly civil nature of which the United States District Court for the District of Maryland has original jurisdiction under 28 U.S. C. §1331, as well as under 28 U.S.C. §1332, and is one that may be removed pursuant to 28 U.S.C. §1441.

4. Through the Complaint, Plaintiff alleges religious discrimination (as well as failure to provide a reasonable accommodation and failure to engage in the interactive process) in relation to his employment in violation of 42 U.S.C. §§ 2000e *et seq*. As a result thereof, the Complaint presents questions arising under the laws of the United States, which invokes the Court's original jurisdiction under 28 U.S.C. §§ 1331, and it is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a).

5. This Court also has diversity of citizenship jurisdiction under 28 U.S.C. §1332. According to the Complaint, Plaintiff is a citizen of Baltimore County, Maryland. Exhibit A, Complaint. Deluxe Corporation is a Minnesota corporation with its principal place of business in Shoreview, Minnesota. *See* Exhibit A, Complaint, Paragraph 3; and Exhibit B, printout from the Office of the Minnesota Secretary of State. Moreover, Plaintiff has asserted damages in excess of $75,000.00.

6. Plaintiff filed the Complaint in Baltimore County Circuit Court, which is located within the Northern Division of this Court. L.R. 501(2). Therefore, pursuant to 28 U.S. C. §1441, removal to this Court is appropriate.

7. A Notice of Filing for Removal to Federal Court has been contemporaneously filed with the Circuit Court for Baltimore County, Maryland, a copy of which is attached hereto as Exhibit C.

8. Written notice of this pleading has been mailed to Plaintiff.

3

WHEREFORE, Defendant Deluxe Corporation notifies this Court of the removal of this action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland, Northern Division.

    /s/ John B. Flood
John B. Flood (MD Bar No. 27925)
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
1909 K Street, NW, Suite 1000
Washington, DC 20006
Tel.: (202) 887-0855
Fax: (202) 887-0866
Email: john.flood@ogletreedeakins.com

*Counsel for Defendant*
*Deluxe Corporation*

Dated: July 11, 2018

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-2119 |
| DELUXE CORPORATION, | ) ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2018, the foregoing Notice of Removal was served on the following by depositing a copy in the United States mail with sufficient first-class postage pre-paid:

John B. Stolarz, Esq.
The Stolarz Law Firm
6509 York Road
Baltimore, MD  21212
Tel: (410) 532 – 7200
E-mail: stolarz@verizon.net
*Counsel for Plaintiff*

/s/ John B. Flood
John B. Flood
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel:  (202) 887-0855
Fax:  (202) 887-0866
E-mail: john.flood@ogletreedeakins.com

*Counsel for Defendant*

28288664.1

4