FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 10 PM 4: 48

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FREDERICK J. BRENNAN,              )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )   Case No. 1:18-cv-02119-ELH
                                   )
DELUXE CORPORATION,                )
                                   )
       Defendant.                  )
_____)

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, it is hereby ORDERED that such Motion should be, and hereby is, GRANTED, *as modified*.  *ELH*

It is FURTHER ORDERED that the deadlines be modified as set forth below:

| Original Date | New Date | Event |
| --- | --- | --- |
| January 10, 2020 | February 7, 2020 | Deadline for completion of discovery |
| January 17, 2020 | February 14, 2020 | Deadline for serving Requests for Admissions |
| January 20, 2020 | ~~February 17, 2020~~ March 3, 2020 | Deadline for filing dispositive motions |
| February 19, 2020 | ~~March 18, 2020~~ April 3, 2020 | Deadline for responses opposing dispositive motions |
| February 26, 2020 | ~~March 25, 2020~~ April 17, 2020 | Deadline for filing any reply brief in response to an opposition |

*ELH*

SO ORDERED this 10th day of January, 2020.

*Ellen L. Hollander*
Ellen Lipton Hollander
UNITED STATES DISTRICT JUDGE