# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. BRENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02119-ELH |
| | ) | |
| DELUXE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify the Court's Scheduling Order, it is hereby ORDERED that such Motion is GRANTED.

It is FURTHER ORDERED that the deadlines be modified as set forth below:

| **Original Date** | **New Date** | **Event** |
|---|---|---|
| April 1, 2020 | June 19, 2020 | Deadline for completion of discovery |
| April 8, 2020 | June 26, 2020 | Deadline for serving Requests for Admissions |
| April 29, 2020 | July 17, 2020 | Deadline for filing dispositive motions |
| May 29, 2020 | August 17, 2020 | Deadline for responses opposing dispositive motions |
| June 12, 2020 | August 26, 2020 | Deadline for filing any reply brief in response to an opposition |

SO ORDERED this 31st day of March, 2020.

/s/
Ellen Lipton Hollander
UNITED STATES DISTRICT JUDGE

42367647.1