IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FREDERICK J. BRENNAN,

    *Plaintiff*,

v.

DELUXE CORPORATION,

    *Defendant*.

Case No. 1:18-cv-02119-ELH

## ORDER

Upon consideration of the Joint Motion to Modify the Case Schedule, it is hereby ORDERED that the motion is GRANTED.

Accordingly, the Court hereby Orders that the Scheduling Order is modified as follows:

| | |
|---|---|
| Deadline for completion of discovery | August 28, 2020 |
| Deadline for serving requests for admissions | September 4, 2020 |
| Deadline for filing dispositive motions | September 25, 2020 |
| Deadline for responses opposing dispositive motions | October 26, 2020 |
| Deadline for filing any reply brief in response to an opposition | November 5, 2020 |

SO ORDERED this 8th day of June, 2020.

_____
Ellen Lipton Hollander
United States District Court Judge