IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Defendant Deluxe Corporation, through undersigned counsel and after conferring with counsel for Plaintiff, respectfully submits this Joint Status Report on behalf of the parties in response to the Court's Order (ECF No. 91).

1. Whether you believe it would be helpful to refer this case to a Magistrate Judge for a settlement conference.

   Plaintiff's Response: Plaintiff is not interested in trying to settle this case at this time.

   Deluxe Proposed Response: Deluxe has and remains willing to discuss a reasonable resolution of this case. The parties previously participated in a settlement conference in this case with Magistrate Judge Simms.

2. Whether the case is to be tried by jury or non-jury.

   Plaintiff previously requested trial by jury.

3. The anticipated length of trial.

   Plaintiff's Response: Trial is expected to last 4 days.

   Deluxe Proposed Response: Deluxe estimates that trial would last between 3 – 4 days.

4. Whether the parties consent to a trial to be conducted by a Magistrate Judge.

   Plaintiff's Response: Plaintiff does not object to trial before a Magistrate.

   Deluxe Proposed Response: Deluxe does not consent to trial before a Magistrate Judge.

5. And any other matter which you believe should be brought to the Court's attention.

    Plaintiff's Response: None.

    Deluxe Proposed Response: None.

Date:  September 2, 2021

Respectfully Submitted,

*/s/ John B. Stolarz (jbf for – w/consent)*       */s/ John B. Flood*

| | |
|---|---|
| John B. Stolarz, Bar No.: 1929 | John B. Flood (Bar No. 27925) |
| The Stolarz Law Firm | Anthony J. Marcavage (*pro hac vice*) |
| 6509 York Road | Flood Marcavage Law LLC |
| Baltimore, MD 21212 | 1 Research Court, Suite 450 |
| (410) 532-7200 | Rockville, MD 20850 |
| (410) 372-0529 (fax) | (240) 403-2619 |
| stolarz@verizon.net | john@fmlaw.org |
| *Counsel for Plaintiff* | anthony@fmlaw.org |
| | *Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 2nd day of September 2021, the foregoing was served by the Court's ECF/electronic filing system on the foregoing person:

> John B. Stolarz, Esq.
> The Stolarz Law Firm
> 6509 York Road
> Baltimore, MD 21212
>
> *Counsel for Plaintiff*

　　　　　　　　　　　　　　　*/s/ John B. Flood*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　John B. Flood (Bar No. 27925)