# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FREDERICK J. BRENNAN,       )
                                  )

      Plaintiff,            )
                                  )

      v.                     )        Case No. 1:18-cv-02119-ELH
                                  )

DELUXE CORPORATION,       )
                                  )

      Defendant.        )

## DEFENDANT'S THIRDMOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THE COURT'S RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Deluxe Corporation ("Defendant" or "Deluxe"), through counsel and respectfully submits this Memorandum of Law in Support of Defendants' Third Motion *In Limine* to Exclude Evidence and Argument Regarding the Court's Ruling on Defendant's Motion for Summary Judgment.  Based upon the reasons set forth below, Defendant respectfully requests that this Motion *In Limine* should be granted.

WHEREFORE, Defendant respectfully requests that this Court grant its Third Motion *In Limine*, and further grant Defendant any other relief that it deems to be fair and just.

Respectfully submitted,

/s/ John B. Flood

_____

John B. Flood, MD Bar No. 27925
Anthony J. Marcavage (admitted *pro hac vice*)
Flood Marcavage Law LLC
1 Research Court, Suite 450
Rockville, MD 20850
Phone: (240) 599-8024
jflood@fmlaw.org
anthony@fmlaw.org
*Counsel for Defendant Deluxe Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FREDERICK J. BRENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02119-ELH |
| | ) | |
| | ) | |
| DELUXE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2021, the foregoing First Motion *In Limine* was

served by this Court's ECF/electronic filing system on the following person:

> John B. Stolarz, Esq.
> THE STOLARZ LAW FIRM
> 6509 York Road
> Baltimore, MD 21212
> Tel: (410) 532-7200
> Fax: (410) 372-0529
> stolarz@verizon.net
>
> *Counsel for Plaintiff*
>
> /s/ John B. Flood
> _____
> John B. Flood, MD No. 27925
> *Counsel for Defendant Deluxe Corporation*