IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FREDERICK J. BRENNAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:18-cv-02119-ELH |
| **DELUXE CORPORATION,** | ) |
| **Defendant.** | ) |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS THIRD MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THE COURT'S RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Deluxe Corporation ("Defendant" or "Deluxe"), through undersigned counsel and pursuant to the Court's Order of September 23, 2021 (ECF No. 94), as modified by its Orders of October 17 and November 1, 2021, respectfully submits this Memorandum in Support of its Third Motion *In Limine* to Exclude Evidence and Argument Regarding the Court's Ruling on Defendant's Motion for Summary Judgment.

In this case, the Court denied Defendant's (as well as Plaintiff's) Motion for Summary Judgment. *See* ECF No. 89. As a result, Defendant submits that any evidence or argument to the jury concerning the Court's ruling should be excluded for lack of relevancy under Fed. R. Evid. 401 – 402, and also because any conceivable probative value thereof would be substantially outweighed by the dangers of unfair prejudice to Defendant and the high likelihood of confusion of the jury.

WHEREFORE, based upon the foregoing reasons, Defendant Deluxe respectfully requests that the Court grant its Third Motion *In Limine* and exclude evidence and argument regarding the Court's ruling on Defendant's Motion for Summary Judgment, and that it grant Deluxe any further relief which it deems to be fair and just.

    Respectfully submitted,

    */s/ John B. Flood*

    _____
    John B. Flood, MD No. 27925
    Anthony J. Marcavage (admitted *pro hac vice*)
    Flood Marcavage Law LLC
    1 Research Court, Suite 450
    Rockville, MD 20850
    Phone: (240) 599-8024
    john@fmlaw.org
    anthony@fmlaw.org
    *Counsel for Defendant Deluxe Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FREDERICK J. BRENNAN,** )<br>     **Plaintiff,** )<br>)<br>    **v.** )<br>)<br>**DELUXE CORPORATION,** )<br>)<br>    **Defendant.** )<br>) | Case No. 1:18-cv-02119-ELH |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2021, I caused to be served a copy of the foregoing upon counsel referenced below through the Court's electronic filing system: :

John B. Stolarz, Esq.
THE STOLARZ LAW FIRM
6509 York Road
Baltimore, MD 21212
Tel:  (410) 532-7200
Fax:  (410) 372-0529
stolarz@verizon.net
*Counsel for Plaintiff*

                                         */s/ John B. Flood*
                                         John B. Flood, MD No. 27925