IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK J. BRENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-02119-ELH |
| | ) | |
| | ) | |
| DELUXE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Third Motion *In Limine* to Exclude Evidence and Argument Regarding the Court's Ruling on Defendant's Motion for Summary Judgment, and any opposition in response, it is hereby ORDERED that such Motion should be, and hereby is, GRANTED.

It is FURTHER ORDERED that evidence and argument regarding the Court's ruling on Defendant's Motion for Summary Judgment will be precluded from the hearing of the jury at trial.

SO ORDERED this _____ day of _____, 2021.

_____
Ellen L. Hollander
United States District Judge