IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK J. BRENNAN, | * | |
| *Plaintiff*, | * | |
| *v.* | * | Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | * | |
| *Defendant*. | * | |

---

### PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF'S CLAIM FOR BACK PAY FROM SEPTEMBER 25, 2019 TO THE PRESENT, TO PRECLUDE EVIDENCE AND ARGUMENT BEFORE THE JURY REGARDING PLAINTIFF'S CLAIM FOR FRONT PAY, AND TO PRECLUDE PLAINTIFF FROM ATTEMPTING TO RECOVER FRONT PAY

---

Frederick J. Brennan, Plaintiff, by John B. Stolarz, his attorney, responds to Defendant's Motion *in Limine* to Preclude Plaintiff's Claim for Back Pay from September 25, 2019 to the Present, to Preclude Evidence and Argument Before the Jury Regarding Plaintiff's Claim for Front Pay, and to Preclude Plaintiff from Attempting to Recover Front Pay, and says:

1. Plaintiff does not intend to request any back pay, or front pay, after September 25, 2019.

Wherefore, Plaintiff does not object to the entry of an order precluding recovery by the Plaintiff of any back pay or front pay from September 25, 2019 through the present and

1

for such other and further relief as may be appropriate.

/s/ John B. Stolarz
John B. Stolarz
U.S.D.C. No.: 01929
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 15, 2021 a copy of the foregoing document was served through the Court's electronic filing system on:

John B. Flood, Esquire
Flood Marcavage Law LLC
1 Research Court
Suite 450
Rockville, MD 20850

Attorney for Defendant

/s/ John B. Stolarz
John B. Stolarz

Attorney for Plaintiff

W:\5281\Motions in Limine\MIL1-Response.wpd