IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK J. BRENNAN, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | * |
| *Defendant.* | * |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S THIRD MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THE COURT'S RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Frederick J. Brennan, Plaintiff, by John B. Stolarz, his attorney, responds to Defendant's Third Motion in Limine to Exclude Evidence and Argument Regarding the Court's Ruling on Defendant's Motion for Summary Judgment, and says:

1. Plaintiff will not submit as evidence, make any reference to the Court's ruling, or make any argument relating to the Court's opinion on Defendant's Motion for Summary Judgment, or Plaintiff's Cross Motion for Summary Judgment.

2. However, Plaintiff objects to any exclusion of the factual and witness evidence which was submitted to the Court in support of, or as part of, Plaintiff's Cross Motion for Summary Judgment, Defendant's Motion for Summary Judgment, or Plaintiff's response to Defendant's Motion for Summary Judgment.

Wherefore, Plaintiff requests that the Court deny Defendant's Third Motion *in Limine* to Exclude Evidence and Argument Regarding the Court's Ruling on Defendant's

1

Motion for Summary Judgment insofar as it requests the suppression of any evidence or witness testimony submitted to the Court in support of, or as part of, Plaintiff's Cross Motion for Summary Judgment, Defendant's Motion for Summary Judgment, or Plaintiff's response to Defendant's Motion for Summary Judgment. and for such other and further relief as may be appropriate.

/s/ John B. Stolarz
John B. Stolarz
U.S.D.C. No.: 01929
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this November 15, 2021, a copy of the foregoing document was served through the Court's electronic filing system on:

John B. Flood, Esquire
Flood Marcavage Law LLC
1 Research Court
Suite 450
Rockville, MD 20850

Attorney for Defendant

/s/ John B. Stolarz
John B. Stolarz

Attorney for Plaintiff

W:\5281\Motions in Limine\MIL3-Response.wpd

2