IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK J. BRENNAN, | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | * | |
| *Defendant.* | * | |

---

**PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME WITHIN WHICH HE MAY FILE A RESPONSE TO DEFENDANT'S SECOND MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT USING THE TERM "RETALIATION" AND TO PRECLUDE PLAINTIFF FROM OFFERING TESTIMONY OR ARGUMENT CONCERNING WHETHER THE OPINIONS AND CONCLUSIONS OF HIS IMMEDIATE MANAGER REGARDING PLAINTIFF'S POOR JOB PERFORMANCE WERE CORRECT OR INCORRECT**

---

Frederick J. Brennan, Plaintiff, by John B. Stolarz, his attorney, moves for an order extending to November 22, 2021 the time within which Plaintiff may file a response to Defendant's Second Motion *in Limine* to Exclude Evidence and Argument Using the Term "Retaliation" and to Preclude Plaintiff from Offering Testimony or Argument Concerning Whether the Opinions and Conclusions of His Immediate Manager Regarding Plaintiff's Poor Job Performance Were Correct or Incorrect (Second Motion *in Limine*), and states:

1. Plaintiff's response to Defendant's Second Motion *in Limine* is due on Novebemr 16, 2021.

2. Because of ongoing work in other cases, Plaintiff needs additional time to formulate a

1

response.

3.  Defendant has consented to the requested extension.

Wherefore, Plaintiff requests that the Court enter an order extending to November 22, 2021 the time within which Plaintiff may file a response to Defendant's Second Motion *in Limine,* and for such other and further relief, as may be appropriate.

/s/ John B. Stolarz
John B. Stolarz
U.S.D.C. No.: 01929
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this November 16, 2021 a copy of the foregoing document was served through the Court's electronic filing system on:

John B. Flood, Esquire
Flood Marcavage Law LLC
1 Research Court
Suite 450
Rockville, MD 20850

Attorney for Defendant

/s/ John B. Stolarz
John B. Stolarz

Attorney for Plaintiff

W:\5281\Motions in Limine\M-Ext-Second MIL.wpd

2