IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK J. BRENNAN, | * |
| *Plaintiff*, | * |
| v. | *   Case No. 1:18-cv-02119-ELH |
| DELUXE CORPORATION, | * |
| *Defendant.* | * |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Extend the Time Within Which He May File a Response to Defendant's Second Motion *in Limine* to Exclude Evidence and Argument Using the Term "Retaliation" and to Preclude Plaintiff from Offering Testimony or Argument Concerning Whether the Opinions and Conclusions of His Immediate Manager Regarding Plaintiff's Poor Job Performance Were Correct or Incorrect (Second Motion *in Limine*), and any response thereto, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland,

ORDERED, that the motion is granted, and that the time for responding the Defendant's Second Motion *in Limine* is hereby extended to November 22, 2021.

_____
Ellen Lipton Hollander
U.S. District Judge

W:\5281\Motions in Limine\M-Ext-Second MIL-ORDER.wpd