## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:18-cv-02119-ELH |
| | ) |
| DELUXE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION TO MODIFY CERTAIN PRETRIAL FILING DEADLINES

Defendant Deluxe Corporation and Plaintiff Frederick J. Brennan (the "Parties"), through their respective counsel, respectfully submit this Joint Motion to Modify Certain Pretrial Filing Deadlines.  Based upon the reasons explained herein, the Parties respectfully request that this Motion be granted.

| Event: | Current Deadline: | Requested – Revised Deadline: |
|---|---|---|
| Proposed Joint Voir Dire | November 17, 2021 | November 22, 2021 |
| Proposed Joint Jury Instructions | November 17, 2021 | November 22, 2021 |
| Proposed Pretrial Order | November 17, 2021 | November 22, 2021 |
| Joint Proposed Verdict Sheet | November 17, 2021 | November 22, 2021 |

After conferring on this matter through counsel, the Parties agree and request that the deadlines for the referenced events be modified as stated.  The Parties need the requested extension of these deadlines to complete the various submissions and have additional opportunity to confer in good faith on those submissions. Counsel for the Parties anticipate the additional opportunity to confer on the submissions will lessen the number of any disputed issues this Court may ultimately need to address.

Based upon the foregoing reasons, which the Parties respectfully submit constitute good cause, the Parties respectfully request that this Motion be granted.

Date:  November 17, 2021

:

Respectfully Submitted:

*/s/ John B. Flood*
_____
John B. Flood, MD Bar No. 27925
Flood Marcavage Law LLC
One Research Court, Suite 450
Rockville, MD 20850
(240) 403-2619
john@fmlaw.org
*Counsel for Defendant*

*/s/ John B. Stolarz (JBF signed w/authority)*
_____
John B. Stolarz, Bar No.: 1929
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of November 2021, the foregoing was served by the

Court's ECF/electronic filing system on the foregoing person:

> John B. Stolarz, Esq.
> The Stolarz Law Firm
> 6509 York Road
> Baltimore, MD 21212
> *Counsel for Plaintiff*

John B. Flood, MD Bar No. 27925