# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK J. BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:18-cv-02119-ELH |
| | ) |
| DELUXE CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify Certain Pretrial Filing Deadlines, for the reasons explained therein, it is hereby ORDERED that such Motion is GRANTED. It is FURTHER ORDERED that the deadlines be modified as set forth below:

| Event: | Current Deadline: | Requested – Revised Deadline: |
|---|---|---|
| Proposed Joint Voir Dire | November 17, 2021 | November 22, 2021 |
| Proposed Joint Jury Instructions | November 17, 2021 | November 22, 2021 |
| Proposed Pretrial Order | November 17, 2021 | November 22, 2021 |
| Joint Proposed Verdict Sheet | November 17, 2021 | November 22, 2021 |

SO ORDERED this _____ day of November, 2021.

_____
Ellen Lipton Hollander
UNITED STATES DISTRICT JUDGE