**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

February 2, 2022

LETTER TO COUNSEL

    Re:    *Brennan v. Deluxe Corporation*
             Civil No.:  ELH-18-02119

Dear Counsel:

    As you know, the five-day jury trial is scheduled to begin on Monday, February 28, 2022. Along with this trial, there are two criminal trials that are also scheduled to begin on that date.

    Due to COVID-19 restrictions, the Court is only able to conduct one jury selection per day.  And, the criminal trials have priority.

    Therefore, the jury selection in our case will be held on **February 25, 2022, beginning at 9:30 a.m.**

                                                Sincerely,

                                                /s/
                                              Ellen L. Hollander
                                              United States District Judge