IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREDERICK J. BRENNAN | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. ELH 18-2119 |
| DELUXE CORPORATION | * | |
| Defendant. | * | |

********

## VERDICT SHEET

1. Do you find by a preponderance of the evidence that Frederick Brennan had a sincere religious belief?

    __X__ Yes  _____ No

    If the answer is "Yes," proceed to Question 2. If the answer is "No" then stop and do not answer any further questions. Sign and date this Verdict Form.

2. Do you find by a preponderance of the evidence that Frederick Brennan informed his employer of his sincere religious belief?

    __X__ Yes  _____ No

    If the answer is "Yes," proceed to Question 3. If the answer is "No" then stop and do not answer any further questions. Sign and date this Verdict Form.

3. Do you find by a preponderance of the evidence that the plaintiff's sincerely held religious belief conflicted with an employment requirement of Deluxe Corporation?

\_\_\_\_\_ Yes    \_\_X\_\_ No

If the answer is "Yes," proceed to Question 4. If the answer is "No" then stop. Do not answer any further questions. Sign and date this Verdict Form.

4. Do you find by a preponderance of the evidence the defendant Deluxe Corporation failed to provide Frederick Brennan with a reasonable accommodation on the basis of his religious beliefs?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

If the answer is "Yes," proceed to Question 5 and Question 6. If the answer is "No" then stop and do not answer any further questions. Sign and date this Verdict Form.

5. Do you find by a preponderance of the evidence that Deluxe Corporation reduced plaintiff's salary by 1% for his failure to comply with the employment requirement concerning transgender training?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

6. Do you find by a preponderance of the evidence that Deluxe Corporation terminated plaintiff's employment for his failure to comply with the employment requirement concerning transgender training?

_____ Yes          _____ No

If the answer is "Yes" to either Question 5 or 6, then proceed to Question 7. If the answer is "No" as to both Question 5 and Question 6, then stop; do not answer any further questions. Sign and date this Verdict Form.

7. Do you find by a preponderance of the evidence that it would have posed an undue hardship to defendant Deluxe Corporation to accommodate Frederick Brennan's religious beliefs?

_____ Yes          _____ No

If the answer to Question 7 is "No," then please go on to Question 8 and Question 9. If the answer to Question 7 is "Yes" then stop and do not answer any further questions. You should sign and date this Verdict Form.

8. If you answered "Yes" to Question 5 above, state the amount of compensatory damages you award for the 1% reduction in Frederick Brennan's salary for pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life. This sum should not include an award for the 1% reduction in wages, as this is a matter for the Court. If you answered "No", leave the space blank and go to Question 9 below.

3

$_____

9.  If you answered "Yes to Question 6 above, state the amount of compensatory damages you award for the termination of plaintiff's employment for his pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life. This sum should not include an award for lost wages, as this is a matter for the Court. If you answered "No", leave the space blank and sign and date this Verdict Form.

$_____

March 3, 2022
_____      _____
Date                            Foreperson

4



Case 1:18-cv-02119-ELH   Document 159   Filed 03/03/22   Page 5 of 5