IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK J. BRENNAN,<br>   *Plaintiff*, | |
| v. | Civil Action No. ELH-18-2119 |
| DELUXE CORPORATION,<br>   *Defendant*. | |

**ORDER OF JUDGMENT**

The jury having returned a verdict on March 3, 2022 (ECF 159), in favor of the defendant, Deluxe Corporation, against plaintiff, Frederick J. Brennan, it is this 16th day of March, 2022,

**ORDERED,**

1. Judgment is entered in favor of defendant Deluxe Corporation against plaintiff, Frederick J. Brennan with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

3. And, it is further Ordered that the Clerk is directed to CLOSE this case.

                                                                           /s/
                                            Ellen L. Hollander
                                            United States District Judge